IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| AMBER IBARRA  Plaintiff  v.  UNITED PARCEL SERVICE, INC. (OHIO)  Defendant | § § § § § § § § § § § No. MO-10-CA-113 |

**JUDGMENT**

On February 19, 2013, came on for trial the above-styled and numbered cause. Plaintiff Amber Ibarra appeared in person and by and through her counsel of record, and Defendant United Parcel Service, Inc. (Ohio) appeared by and through its counsel of record. A jury was duly impaneled and sworn, and the Plaintiff proceeded to present her evidence. When the Plaintiff rested her case in chief, the Defendant moved for judgment as a matter of law. The Court denied the motion, and the Defendant proceeded to present evidence. At the close of all the evidence, the Defendant renewed its motion for judgment as a matter of law, but the Court again denied the motion. After the arguments of counsel and the charge of the Court, the jury retired to deliberate. On February 20, 2013, the jury returned a unanimous verdict, answering the special interrogatories in favor of the Plaintiff. The Court received the verdict of the jury and ordered it filed.

The Plaintiff filed a motion for equitable relief, requesting the Court to award the Plaintiff an additional sum of money to

compensate for her anticipated future economic loss. The Plaintiff's motion for equitable relief was granted in part and denied in part. The Court awarded the Plaintiff an additional sum of $28,409 as compensation for future economic loss.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff Amber Ibarra DO HAVE and RECOVER of and from Defendant United Parcel Service, Inc. (Ohio) the sum of One Hundred Fifty Thousand Dollars ($150,000.00) as compensatory damages for her past economic loss, together with pre-judgment interest thereon at the rate of 0.15% per annum from July 6, 2009, until the date of Judgment, together with interest on the total amount thereof from the date of Judgment until fully paid, for all of which let execution issue.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff Amber Ibarra DO HAVE and RECOVER of and from Defendant United Parcel Service, Inc. (Ohio) the additional sum of One Hundred Fifty Thousand Dollars ($150,000.00) as compensatory damages for mental anguish and emotional distress, together with interest thereon at the rate of 0.15% from the date of Judgment until fully paid, for all of which let execution issue.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff Amber Ibarra DO HAVE and RECOVER of and from Defendant United Parcel Service, Inc. (Ohio) the additional sum of One Hundred Fifty Thousand Dollars ($150,000.00) as punitive damages, with interest thereon at the rate of 0.15% per annum from the date of Judgment until fully paid, for which let execution issue.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff Amber Ibarra DO HAVE and RECOVER of and from Defendant United Parcel Service, Inc. (Ohio) the sum of Twenty-Eight Thousand Four Hundred Nine Dollars ($28,409.00) as compensation for her future economic loss, together with interest thereon at the rate of 0.15% per annum from the date of Judgment until paid, for which let execution issue.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Defendant PAY the costs of suit herein incurred, for which let execution issue.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREE that counsel for the Plaintiff RECOVER their reasonable attorney's fees in an amount to be determined by the Court by separate order.

SIGNED AND ENTERED this 29th day of March, 2013.

_____
HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE

3