# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

**FILED**
JAN 1 4 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

No. 13-50652

MO-10-CV-113

AMBER IBARRA,

    Plaintiff - Appellee

v.

UNITED PARCEL SERVICE, INCORPORATED,

    Defendant - Appellant

---

Appeal from the United States District Court for the
Western District of Texas, Midland Odessa

---

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed with prejudice as of December 20, 2013, pursuant to appellant's motion.

                            LYLE W. CAYCE
                            Clerk of the United States Court
                            of Appeals for the Fifth Circuit

                            By: _____
                            Claudia N. Farrington, Deputy Clerk

                ENTERED AT THE DIRECTION OF THE COURT